# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| SYED TASNEEM ZAIDI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:14-cv-0068-VEH-JEO |
| | ) | |
| ATTORNEY GENERAL ERIC H. HOLDER, JR., et al., | ) ) ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. Petitioner challenges the legality of his detention pending the execution of an order of removal issued pursuant to the Immigration and Nationality Act, 8 U.S.C. § 1101 et seq. (Doc. 1). The Government has filed a motion to dismiss the action as moot, on the ground that Petitioner has been released from custody. (Doc. 20). The motion is due to be granted.

In support of its motion, the Government has filed a declaration from Bryan S. Pitman, the Supervisory Detention and Deportation Officer of the United States Immigration and Customs Enforcement (ICE) facility in Gadsden, Alabama. (Doc. 20-1). In his declaration, Pitman states that Petitioner was released from ICE custody on October 7, 2014, and removed from the United States. (*Id.*) Thus,

Petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, the Government's motion is due to be granted, and this matter is due to be dismissed as moot. A separate final order will be entered.

**DONE** this the 9th day of March, 2015.

**VIRGINIA EMERSON HOPKINS**
United States District Judge